UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Patricia Arnold, et al. v. Bayer Corporation, et al.* | No. 10-cv-10646-DRH |
| *Eilynn L. Boyd v. Bayer Corporation, et al.* | No. 11-cv-10263-DRH |
| *Lori Cord, et al. v. Bayer Corporation, et al.* | No. 11-cv-11896-DRH |
| *Elicia Dee Diamond v. Bayer Corporation, et al.* | No. 12-cv-10103-DRH |
| *Jasmine Dizon-Powers v. Bayer Corporation, et al.* | No. 10-cv-10977-DRH |
| *Leah Helphinstine v. Bayer Corporation, et al.* | No. 10-cv-10471-DRH |
| *Margaret Holland v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10042-DRH |
| *Tara L. Jones v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10400-DRH |
| *Susan Lundstrom, et al. v. Bayer Corporation, et al.* | No. 12-cv-10734-DRH |
| *Julie Recene, et al. v. Bayer Corporation, et al.* | No. 10-cv-10469-DRH |
| *Linda F. Rosenberg v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10957-DRH |

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on January 21, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                              **NANCY J. ROSENSTENGEL,**
                              **CLERK OF COURT**

                              **BY:**   **/s/*Sara Jennings***
                                          **Deputy Clerk**

Dated:  January 22, 2014

Digitally signed by David R. Herndon
Date: 2014.01.22 08:51:12 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT